Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
400 South Fourth Street, Suite 280
Las Vegas, NV  89101
Office: (702) 385-5191; Fax: (702) 385-7282

Attorneys for Plaintiff, FRANK BACCALA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK BACCALA,<br><br>          Plaintiff;<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>          Defendants. | Case No.:  2:15-cv-00752-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT PRELIMINARY  EARLY NEUTRAL EVALUATION ASSESSMENT STATEMENTS** |

Pursuant to LR 6-1, 6-2 and 7-1 and 26-4, Plaintiff Frank Baccala ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Kristen Beck ("Beck"), and Dominic Taleghani ("Taleghani") (sometimes hereinafter referred to collectively as "Defendants") by and through their undersigned counsel, hereby stipulate and agree to extend the time for the Parties to submit their Preliminary Early Neutral Evaluation Assessment Statements.  Good cause exists for the proposed extension of time for the Parties to submit their Preliminary Early Neutral Evaluation Assessment Statements.   Defendants filed Motions for Summary Judgment in four related matters on 3/16/2016.  Each Motion for Summary Judgment is lengthy and has extensive Exhibits.  Reviewing and identifying relevant evidence for each of Defendants' arguments amidst hundreds of pages of disclosures, deposition transcripts, etc., has proved to be much more time consuming than anticipated.  Efforts to respond to the Motions

have impeded Plaintiff's ability to prepare the Preliminary Early Neutral Evaluation Assessment Statements. In an effort to ensure Plaintiff can fully provide complete information on each case, the Parties have agreed that the deadline to submit the Preliminary Early Neutral Evaluation Assessment Statements should be extended in the following manner:

- All Parties shall submit their Preliminary Early Neutral Evaluation Assessment Statements to Judge Foley's Chambers as per the Order dated March 14, 2016 (Doc. # 38) no later than **Friday, April 22, 2016**.

Dated this 15th day of April, 2016.

WATKINS & LETOFSKY, LLP

 /s/ Daniel R. Watkins
Daniel R. Watkins
Brian S. Letofsky
400 S. Fourth Street
Suite 280
Las Vegas, NV  89101
Telephone:  702-385-5191
Attorneys for Plaintiff

Dated this 15th day of April, 2016.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

 /s/ Jill Garcia
Anthony L. Martin
Jill Garcia
Brian L. Bradford
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV  89169
Telephone:  702-369-6800
Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: April 18, 2016

**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT PRELIMINARY EARLY NEUTRAL EVALUATION ASSESSMENT STATEMENTS**

-2-