Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 South Eastern Ave., Suite 265
Las Vegas, NV 89123
T: (702) 901-7553; F: (702) 974-1297
Attorneys for Plaintiff and Regina Baccala

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK BACCALA,<br><br>           Plaintiff;<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>           Defendants. | Case No.: 2:15-cv-00752-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Regina Baccala on behalf of Plaintiff FRANK BACCALA (hereinafter "Plaintiff") and Defendants ELDORADO RESORTS CORPORATION, MICHAEL MARRS, KRISTEN BECK, and DOMINIC TALEGHANI (hereinafter "Defendants"), by and through their undersigned counsel, that all claims Plaintiff had or may have against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///

///

///

///

///

Each party to bear its own fees and costs.

DATED this 17th day of September, 2019    WATKINS & LETOFSKY, LLP

By:   */s/* Daniel R. Watkins
_____
DANIEL R. WATKINS
BRIAN S. LETOFSKY
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553
Fax: (702) 974-1297
Attorneys for Plaintiff and Regina Baccala

DATED this 17th day of September, 2019    OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

  */s/* Jill Garcia
_____
Anthony L. Martin
Jill Garcia
Brian L. Bradford
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
T: 702-369-6800
Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:   September 18, 2019

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

-2-